### STINSON *v.* STINSON.

FISH, C. J. Under the conflicting evidence, there was no abuse of discretion in awarding the temporary alimony and attorney's fees.

*Judgment affirmed. All the Justices concur.*

Submitted July 23,—Decided October 14, 1908.

Temporary alimony. Before Judge Worrill. Miller superior court. April 28, 1908.

*Perry D. Rich,* for plaintiff in error.